# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 25-411V**

JOHN MARSHALL,

Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

Respondent.

Chief Special Master Corcoran

Filed: August 18, 2026

*Ronald Craig Homer, Conway, Homer, P.C., Boston, MA, for Petitioner.*

*Camille Jordan Webster, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On March 4, 2025, John Marshall filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") following an influenza vaccine administered on October 18, 2022. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On April 7, 2026, a ruling on entitlement was issued, finding Petitioner entitled to compensation for a SIRVA. On August 18, 2026, Respondent filed a proffer indicating Petitioner should be awarded $15,000.00 for pain and suffering, $130.58 for unreimbursable expenses, and $331.65 to satisfy a Community Care Health Plan of Louisiana, Inc. ("Community Care Health Plan") Medicaid lien. Proffer on Award of Compensation ("Proffer") at 2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.*

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the Proffer, **I award the following compensation:**

**A. A lump sum of $15,130.58 (comprised of $15,000.00 for pain and suffering and $130.58 for unreimbursable expenses), to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner; and**

**B. A lump sum of $331.65, representing compensation for satisfaction of the Community Health Care Plan Medicaid lien, to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to:**

**Community Health Care Plan of Louisiana, Inc.**
**Attention: Recovery Services**
**File No.: 167506634**
**P.O. Box 659940**
**San Antonio, TX 78265-9939**

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

| | |
|---|---|
| JOHN MARSHALL,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | No. 25-411V<br>Chief Special Master Brian H. Corcoran<br>ECF |

**PROFFER ON AWARD OF COMPENSATION**[1]

On March 4, 2025, John Marshall ("petitioner") filed a petition for compensation ("Petition") under the National Childhood Vaccine Injury Act of 1986, as amended (the "Vaccine Act"), 42 U.S.C. §§ 300aa-1 to -34. Petitioner alleges that he received an influenza vaccination on October 18, 2022, and thereafter suffered from a left shoulder injury related to vaccine administration ("SIRVA").[2] Petition at 1.

On March 23, 2026, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report indicating that this case is appropriate for compensation under the terms of the Act for a SIRVA Table injury, and on April 7, 2026, the Chief Special Master issued a Ruling on Entitlement finding petitioner entitled to compensation. ECF No. 26; ECF No. 27.

---

[1] This Proffer does not include attorneys' fees and costs, which the parties intend to address after the Damages Decision is issued.

[2] On August 8, 2025, petitioner filed an amended petition. ECF No. 14. The amended petition does not alter his claims; rather, petitioner appears to add additional factual allegations. *See id*.

## I. **Items of Compensation**

A. Pain and Suffering

Based on the evidence of record, respondent proffers that petitioner should be awarded $15,000.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

B. Past Unreimbursable Expenses

Evidence supplied by petitioner documents that he incurred past unreimbursable expenses related to his vaccine-related injury. Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of $130.58. *See* 42 U.S.C. § 300aa-15(a)(1)(B). Petitioner agrees.

C. Medicaid Lien

Respondent proffers that petitioner should be awarded funds to satisfy the Community Care Health Plan of Louisiana, Inc. ("Community Care Health Plan" ) Medicaid lien in the amount of $331.65 which represents full satisfaction of any right of subrogation, assignment, claim, lien, or cause of action the Community Care Health Plan may have against any individual as a result of any Medicaid payment the Community Care Health Plan has made to or on behalf of petitioner from the date of his eligibility for benefits through the date of judgment in this case as a result of his alleged vaccine-related injury suffered on or about October 18, 2022, under Title XIX of the Social Security Act.

These amounts represent all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## II. **Form of the Award**

Petitioner is a competent adult. Proof of guardianship is not required in this case. The parties recommend that the compensation provided to petitioner should be made through a lump

sum payment as described below and request that the Chief Special Master's decision and the Court's judgment award the following:[3]

A. A lump sum payment of $15,130.58 to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner, John Marshall; and

B. A lump sum payment of $331.65, representing compensation for satisfaction of the Community Health Care Plan lien, to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to:

Community Health Care Plan of Louisiana, Inc.
Attention: Recovery Services
File No.: 167506634
P.O. Box 659940
San Antonio, TX 78265-9939

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JONATHAN D. GUYNN
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

VORIS E. JOHNSON, JR.
Assistant Director
Torts Branch, Civil Division

[3] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future pain and suffering.

/s/CAMILLE J. WEBSTER
CAMILLE J. WEBSTER
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Ben Franklin Station Washington, D.C. 20044-0146
Direct dial: (202) 307-3241
Email: Camille.Webster@usdoj.gov

Dated: August 18, 2026

## CERTIFICATE OF SERVICE

I certify that today, August 18, 2026, a copy of the foregoing pleading will be served by electronic mail to Nathaniel C. Enos at nenos@ccandh.com.

/s/CAMILLE J. WEBSTER
CAMILLE J. WEBSTER
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Ben Franklin Station Washington, D.C. 20044-0146
Direct dial: (202) 307-3241
Email: Camille.Webster@usdoj.gov